892

### McELROY v. STATE.
### No. 19126.

Court of Criminal Appeals of Texas.
May 26, 1937.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged.

No error having been perceived, the judgment is affirmed.

### LINDSEY v. STATE.
### No. 19037.

Court of Criminal Appeals of Texas.
May 26, 1937.

C. A. Holloway and Burnell Waldrep, both of Clarksville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery with firearms is the offense; penalty assessed at confinement in the penitentiary for twenty-five years.

The indictment appears regular. The evidence heard upon the trial is not before us. No complaint of the rulings of the trial court has been presented by bills of exception or otherwise.

The judgment is affirmed.